

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Loyalty Lane, Inc.** |
| Bankruptcy Case: | **Fred's Inc.** |
| Preference Period: | **Jun 11, 2019 - Sep 9, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468868 | $33,844.40 | 8/22/2019 | 95410 | 7/24/2019 | $33,844.40 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468614 | $33,844.40 | 8/6/2019 | 94111 | 6/24/2019 | $33,844.40 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468128 | $33,844.40 | 7/12/2019 | 92817 | 5/24/2019 | $33,844.40 |
| **Totals:** | **3 transfer(s),** | | **$101,533.20** | | | | |